**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**EASTERN DIVISION**

**DEWAYNE NICHOLAS**                                                                  **PETITIONER**
Reg. #18318-074
                    **CASE NO.: 2:08CV00112 SWW/BD**

**T.C. OUTLAW,**                                                                              **RESPONDENT**
**Warden, FCI- Forrest City, et al.**

## ORDER

Pending is Petitioner's Motion to Stay his petition for writ of habeas corpus under 28 U.S.C. § 2241 (docket entry #6).  Petitioner claims *Gatewood v. T.C. Outlaw*, CA 08-2197 (8th Cir. filed May 29, 2008), now pending before the Court of Appeals for the Eighth Circuit, will determine the outcome of his case.  Petitioner requests a stay of his petition pending a decision in *Gatewood*.  The Respondent has not objected to the motion to stay.  Because the claim in this petition is similar to the claim in *Gatewood*, Petitioner's Motion to Stay is GRANTED.  The Clerk of the Court is directed to administratively terminate the case.  The parties are directed to file a motion to reopen the case within forty-five days of a mandate being issued by the Eighth Circuit in *Gatewood*.  If a motion to reopen the case is not filed by either party within forty-five days of the mandate, the Court will dismiss the petition with prejudice.

IT IS SO ORDERED this 3rd of July, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE