# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**DEWAYNE NICHOLAS**　　　　　　　　　　　　　　　　　　　　**PETITIONER**
Reg. #18318-074

**VS.**　　　　　　　**CASE NO.: 2:08CV000112 SWW/BD**

**T.C. OUTLAW**　　　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**
**Warden, FCC,**
**Forrest City, Arkansas**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Plaintiff's Petition (#2) is DISMISSED with prejudice.

IT IS SO ORDERED, this 6th day of July, 2009.

　　　　　　　　　　　　　　　　　　　/s/Susan Webber Wright

　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE